IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR3064 |
| vs. | |
| JOSE RODRIGUEZ-MEDINA, | ORDER |
| Defendant. | |

Defendant has filed a motion for service of a subpoena *in forma pauperis* by the United States Marshals. See, Fed. R. Crim. P. 17(b). Defendant's application is supported by the defense counsel's declaration stating the witness' presence is necessary for an adequate defense, but Defendant is unable to pay the service and witness fees.

Accordingly,

IT IS ORDERED:

1) Defendant's application for the service of a subpoena *in forma pauperis* to secure witness testimony, (Filing No. 20), is granted.

2) The clerk shall sign, date, and deliver Defendant's subpoenas, copies of which were emailed to my courtroom deputy, to the Marshal for service of the subpoena, with the process costs and witness fees paid in the same manner as those paid for government witnesses.

Dated this 18th day of November, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge